No. 72–707. BLAND ET AL. *v.* McHANN ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–722. SCHOOL BOARD OF ORANGE COUNTY, FLORIDA *v.* ELLIS ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–877. CHEATHEM ET UX. *v.* CITY OF EVANSVILLE. Ct. App. Ind. Certiorari denied.

No. 72–879. NCR EMPLOYEES' INDEPENDENT UNION *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 72–890. HO SEE *v.* PANGELINAN. C. A. 9th Cir. Certiorari denied.

No. 72–908. JOFTES *v.* WEXLER ET AL. C. A. D. C. Cir. Certiorari denied.

No. 72–911. KAPLAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–915. WYATT *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 72–916. STOCKWELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–917. TURNOF *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–956. HARRIS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.